

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2014

No. 04-14-00288-CR

Ricardo Roger **MORALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1384-CR-A
William Old, Judge Presiding

# O R D E R

Ms. Patricia Wagner is one of the reporters responsible for preparing, certifying, and filing the reporter's record in this appeal. The reporter's record was originally due from Ms. Wagner on August 4, 2014. On August 11, 2014, this court notified Ms. Wagner that the record was late. On that same date, Ms. Wagner filed a Notification of Late Record asking for a sixty-day extension of time in which to file the record, until October 13, 2014. We granted that request. On October 20, 2014, Ms. Wagner asked for an additional time, until November 3, 2014, in which to file the record.

The request is GRANTED and Ms. Wagner is hereby ORDERED to file her portion of the reporter's record <u>no later than November 3, 2014</u>. **No further extensions of time will be granted absent extenuating circumstances.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court